# EXHIBIT B

## Settings

Contact Information
Basic Page Information
Timeline
Administration
Photos
**Settings**
Videos

| | |
|---|---|
| Page Visibility | Page published |
| Page Verification | Page is verified |
| Visitor Posts | Anyone can publish to the Page<br>Anyone can add photos and videos to the Page |
| News Feed Audience and Visibility for Posts | The ability to narrow the potential audience for News Feed and limit visibility on your posts is turned off |
| Messages | People can contact my Page privately. |
| Tagging Ability | Other people can tag photos posted on my Page. |
| Country Restrictions | Page is visible to everyone. |
| Age Restrictions | Page is shown to everyone. |
| Page Moderation | Posts containing these words are blocked: $,a$$,abuse,abusers,aggy,apartment,ass,bastard,bastards,bit card,giftcard,hook,hook em,hookem,hell,illuminati,ipaad,ipad2,ipadss,jersey,jetblue,job,lab,md,ms,pad,padds,penis,peta,sale,shit |
| Profanity Filter | Set to medium |
| Post in Multiple Languages | Ability to write posts in multiple languages is turned off |
| Translate Automatically | Your posts may show translations automatically for people who read other languages |
| Comment Ranking | Most relevant comments are shown for my Page by default. |

## Administration

Contact Information
Basic Page Information
Timeline
**Administration**
Photos
Settings
Videos

| Name | Role |
|------|------|
|      | Admin |
|      | Editor |
|      | Analyst |
|      | Admin |
|      | Editor |