# EXHIBIT C

**From:** **Jeremy Beckham** JeremyB@peta.org
**Subject:** Records Request from PETA re TAMU Social Media Accounts
**Date:** January 19, 2018 at 9:19 AM
**To:** open-records@tamu.edu



January 19, 2018

Texas A&M University
Open Records
1280 TAMU
750 Agronomy Road, Suite 2101
College Station, TX 77843-1280

**Sent via email:** **open-records@tamu.edu**

Dear Records Officer:

Pursuant to the state open records law Tex. Gov't Code Ann. Secs. 552.001 to 552.353, I write to request access to and a copy of the following records:

- Any Texas A&M University (TAMU) policies or procedures regarding the maintenance or moderation of social media accounts, including the following:

    o https://www.facebook.com/tamu

    o http://www.twitter.com/tamu

    o http://www.twitter.com/tamusystem

    o https://www.facebook.com/tamuvetmed

    o https://twitter.com/tamuvetmed

    o https://www.facebook.com/TAMUresearch

    o https://twitter.com/TAMUresearch

- Any correspondence by, or on behalf of, any TAMU employees or representatives regarding the university's response to PETA and/or the controversy surrounding muscular dystrophy research on dogs and breeding of such dogs at TAMU. This includes any correspondence related to moderating, filtering, removing, or blocking comments on TAMU's social media accounts related to this issue.

- Any correspondence between any representative of TAMU's Division of Marketing & Communications and any representative of the media regarding the university's use of dogs in muscular dystrophy research.

- A copy of the Facebook Page maintained and operated by TAMU located at https://www.facebook.com/tamu (@tamu). This is available in .zip format by the page's administrator by navigating to Settings > General > Download Page

page's administrator by navigating to Settings > General > Download Page.

- A list of "Blocked accounts" by the TAMU-controlled Twitter handles "@tamu" and "@reveille." A list is accessible by the administrator of this account by going to "Settings & privacy >> Blocked accounts."

If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and address.

I prefer electronic copies of the requested information. My email address is JeremyB@peta.org.

PETA is a non-profit public interest animal protection organization whose federal tax-exempt number is 52-1218336. As such, we request that a non-profit fee waiver be applied to our request. PETA has no commercial interest in the records requested but seeks them strictly in an effort to ensure the public is fully informed about operations and regulations involving the use of animals in laboratories (an issue of well-established public importance). If the foregoing request for a non-profit fee waiver is denied, and fees are expected to exceed $50.00, please notify me.

As provided by the open records law, I will expect your response within ten (10) days. (Twenty (20) days if my request requires substantial programming or manipulation of data). See Tex. Gov't Code Ann. Secs. 552.221(d) and 231(c).

If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. Also, please provide all segregable portions of otherwise exempt material.

I can be reached at 801-994-6730 or JeremyB@peta.org. Thank you for your assistance.

Sincerely,

Jeremy Beckham
Research Associate
Laboratory Investigations Department
People for the Ethical Treatment of Animals
501 Front St.
Norfolk, VA 23510