UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL K. YOUNG, *in his official capacity as President of Texas A&M University*, <br><br> Defendant. | Civil Action No. 4:18cv-01547 |

### JOINT MOTION OF THE PARTIES TO STAY PRE-TRIAL CONFERENCE

The parties hereby jointly move this Court to stay the pre-trial conference set for September 10, 2018. The parties believe such action would further the interest of judicial economy given that a dispositive motion is pending but will not be fully briefed by that date. Further, Plaintiff's attorney-charge has indicated that he is unavailable on that date due to religious observance.

As grounds for this Motion, the parties state as follows:

1. On May 14, 2018, Plaintiff filed its Original Complaint. (ECF No. 1)

2. On May 15, 2018, the Court, through Judge Lake, issued its Order for Conference and Disclosure of Interested Parties, setting said conference for September 28, 2018. (ECF No. 8)

3. On July 23, 2018, Defendant filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 16)

4. On August 2, 2018, Plaintiff filed its First Amended Complaint. (ECF No. 17)

5. On August 16, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 20)

6. On August 22, 2018, the parties jointly moved the Court to (1) extend time for the remaining briefing on the Motion to Dismiss, and (2) stay the pre-trial conference the Court had set for September 28, 2017 until at least 30 days after disposition of the pending Motion to Dismiss (unless that disposition dismisses this case entirely). (ECF No. 21). The parties noted that the pending Motion to Dismiss is potentially dispositive of the entire case and will otherwise likely affect management of the case going forward, including discovery. Thus, the parties submitted that it is in the interest of judicial efficiency and economy to stay the conference and associated deadlines pending the Court's disposition of that Motion. The parties requested 30 days to prepare for the conference once that Motion is disposed of to allow time to meet and confer pursuant to Rule 26(f), and file the joint discovery/case management plan required thereunder.

7. On August 23, 2018, Judge Lake granted the parties' joint motion, setting the following calendar:

>Plaintiff's Response to Motion to Dismiss: September 17, 2018
>
>Defendant's Reply in Support of Motion to Dismiss: October 1, 2018.

Judge Lake also granted the parties' request to stay the pre-trial conference until 30 days after disposition of the pending Motion to Dismiss, unless such disposition resolves this case entirely. (ECF No. 23)

8. On August 24, 2018, Judge Lake recused himself from the case. The Recusal Order indicated that "Deadlines in the scheduling orders remain in effect." (ECF No. 24)

9. On August 24, 2018, the case was reassigned. (ECF No. 25)

10. On August 28, 2018, this Court issued an Order Setting Conference, setting a pre-trial conference for September 10, 2018 at 10:30 AM. (ECF No. 26)

11. The parties request that the pre-trial conference set by this Court be stayed until after disposition of the pending Motion to Dismiss. As noted above, that Motion is potentially

dispositive and will otherwise likely affect the parties' management of the case going forward, including discovery. It is thus in the interest of judicial efficiency and economy to stay the conference and associated deadlines pending the Court's disposition of Defendant's Pending Motion to Dismiss.

12. In addition, Plaintiff's lead attorney, David Greene of Electronic Frontier Foundation has indicated that he is unavailable September 10, 2018, because of religious observance.

13. Neither party will be prejudiced by the adjustments to the calendar requested here.

14. The parties respectfully request entry of the proposed order attached to effect the relief sought in this motion.

DATED: August __, 2018

Respectfully submitted:

COUNSEL FOR PLAINTIFF

*/s/ David Greene*
DAVID GREENE*
Attorney-in-Charge
ADAM SCHWARTZ
CAMILLE FISCHER
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415.436.9333 telephone
415.436.9333 facsimile
davidg@eff.org

GABRIEL WALTERS*
PETA Foundation
1536 16th Street NW
Washington, DC 20036
202.483.7382 telephone
gabew@petaf.org

CHRISTOPHER W. ROTHFELDER
Rothfelder & Falick, L.L.P.
1201 Louisiana St., Suite 550
Houston, TX 77002
713.220.2288 telephone
crothfelder@rothfelderfalick.com

*Admitted *pro hac vice*
*Attorneys for People for the Ethical Treatment of Animals, Inc.*

COUNSEL FOR DEFENDANT

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Anne Marie Mackin*
   *By Permission*
ANNE MARIE MACKIN
Attorney-in-Charge
Texas Bar No. 24078898
Southern District No. 2627567
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4074 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov