| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

People for the Ethical Treatment of Animals, Inc., §§§§§

   Plaintiff,

versus            Civil Action H-18-1547

Michael K. Young,

   Defendant.

ENTERED
August 30, 2018
David J. Bradley, Clerk

## Order

The initial conference of September 10, 2018, subsists. (27)

Signed on August 30, 2018, at Houston, Texas.

       Lynn N. Hughes
    United States District Judge