## Civil Courtroom Minutes

| | |
|---|---|
| **Judge** | Lynn N. Hughes |
| **Case Manager** | Glenda Hassan |
| **Law Clerk** | ☑ Gibbs  ☐ LeBouef  ☐ |
| **Date** | 9/10/2018 |
| **Time** | 10:30 a.m. — 11:40 a.m. |
| **Civil Action** | H — 18 — 1547 |
| **Style** | PETA, Inc. *versus* Young |

**Docket Entry**

☑ Conference;  ☐ Hearing;  ____ day ☐ Bench  ☐ Jury Trial  (Rptr: Dye)

| | | | |
|---|---|---|---|
| Adam Schwartz | for | ☑ Ptf. # ____ | ☐ Deft. # ____ |
| ~~Chris~~ Rothfelder | for | ☑ Ptf. # ____ | ~~☐ Deft. #~~ ____ |
| Anna Mackin | for | ☐ Ptf. # ____ | ☑ Deft. # ____ |
| ____ | for | ☐ Ptf. # ____ | ☐ Deft. # ____ |

☐ All motions not expressly decided are denied without prejudice.

☐ **Evidence taken** [exhibits or testimony].

☐ Argument heard on:  ☑ all pending motions;  ☐ these topics: _____

☐ Motions taken under advisement: _____

☑ Order to be entered.

☑ Internal review set: October 1

☑ Rulings orally rendered on: the motion to dismiss is denied.