United States District Court
Southern District of Texas
**ENTERED**
September 11, 2018
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| People for the Ethical Treatment of Animals, Inc., § § § § Plaintiff, § § versus § § Michael K. Young, § § Defendant. § | Civil Action H-18-1547 |

## Management Order

1.  The motion to dismiss is denied.

2.  By September 28, 2018, each party will file a discovery plan that includes a list of documents it would like to discover, the things it needs to know, and all people with knowledge relevant to the case.

3.  The parties will talk.

Signed on September _10_, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge