IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br>  *Plaintiff*, <br><br> v. <br><br> MICHAEL K. YOUNG, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY, <br>  *Defendant*. | No. 4:18-CV-01547 |

### DEFENDANT'S PROPOSED DISCOVERY PLAN

Pursuant to the Management Order entered September 10, 2018, Defendant hereby files its proposed discovery plan addressing "a list of documents it would like to discover, the things it needs to know, and all people with knowledge relevant to the case." Dkt. 31.

 **A.** **Documents Defendant would Like to Discover**

Defendant seeks to discover the documents listed in the proposed Requests for Production in Attachment 1. Defendant respectfully requests that the Court enter an order effecting service of those requests upon Plaintiff, triggering the 30-day response period. Defendant further seeks to reserve the right to propound additional requests for production that meet the relevance and proportionality requirements of Federal Rule of Civil Procedure 28, depending upon Plaintiff's responses to its initial requests.

 **B.** **Things Defendant Needs to Know**

Defendant needs to know the information requested in the proposed Requests for Admission and Interrogatories in Attachment 1. Defendant respectfully requests

1

that the Court enter an order effecting service of those Requests upon the Plaintiff, triggering the 30-day response period. Defendant further seeks to reserve the right to propound additional requests for admissions and interrogatories that meet the relevance and proportionality requirements of Federal Rule of Civil Procedure 28, depending upon Plaintiff's responses to its initial requests.

### C.  People with Knowledge relevant to the Case

By agreement of the parties, this information was served upon Plaintiff's counsel via email on the date of this filing.

### D.  Proposed Deadlines

Defendant proposes the timeline below to govern resolution of this cause. Counsel for the parties have conferred, and have agreed generally on the timing of discovery and motion practice, and to work together to agree on scheduling matters. Should the Court request a joint proposed scheduling order, Defendant anticipates that the parties could file one promptly.

- Discovery period: Approximately 6 months
- Cross-motions for summary judgment: 30 days after discovery closes
- Responses to cross-motions: 21 days after cross-motions deadline
- Replies in support of cross-motions: 14 days after response deadline

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief - General Litigation Division

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Attorney-in-Charge
Texas Bar No. 24078898
Southern District No. 2627567
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4074 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, the foregoing document was filed via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General