IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br>     *Plaintiff*, <br><br> v. <br><br> MICHAEL K. YOUNG, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY, <br>     *Defendant*. | No. 4:18-CV-01547 |

_____

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL
AND DESIGNATION OF ATTORNEY-IN-CHARGE**
_____

Pursuant to Southern District of Texas Local Rule 83.2, Defendant files this Unopposed Motion to Withdraw Anne Marie Mackin as counsel, and show as follows:

1. Assistant Attorney General Anne Marie Mackin is designated as attorney-in-charge for Defendant in the above-captioned cause.

2. Ms. Mackin has accepted a position outside the Office of the Attorney General of Texas.

3. Assistant Attorney General Eric A. Hudson has entered his appearance for Defendant in this cause. Mr. Hudson may be contacted at the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

4. Withdrawal of Ms. Mackin will not delay these proceedings.

5. Given Ms. Mackin's departure from the Office of the Attorney General of Texas, Defendant designates Assistant Attorney General Eric A. Hudson as attorney-in-charge on its behalf.

Defendant respectfully requests that the Court grant this motion to withdraw Anne Marie Mackin in the above-captioned cause, and note the designation of Assistant Attorney General Eric A. Hudson as attorney-in-charge for Defendant.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief- General Litigation Division

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Attorney-in-Charge
Texas Bar No. 24078898
Southern District No. 2627567
ERIC A. HUDSON
Texas Bar No. 24059977
Southern District No. 1000759
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4082 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
eric.hudson@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff regarding the contents of this motion, and counsel indicated that they do not oppose the relief sought herein.

                                            */s/   Anne Marie Mackin*
                                            ANNE MARIE MACKIN
                                            Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on October 24, 2018, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

                                            */s/   Anne Marie Mackin*
                                            ANNE MARIE MACKIN
                                            Assistant Attorney General