| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
January 15, 2019
David J. Bradley, Clerk

People for the Ethical Treatment of Animals, Inc., §
§
§
Plaintiff, §
§
versus §   Civil Action H-18-1547
§
Michael K. Young, §
§
Defendant. §

## Order on Admissibility

Facebook's statements on its webpage about how it works are admissible as evidence of one part of how it operates. This is not a ruling about the weight of the evidence or the preclusion of other evidence about Facebook's operations.

Signed on January 14, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge