| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

People for the Ethical Treatment of Animals, Inc., §§§§§

    Plaintiff,

versus                    Civil Action H-18-1547

Michael K. Young,

    Defendant.

## Discovery Order

1. Michael Young's discovery requests are approved. Because People for the Ethical Treatment of Animals, Inc., brought this lawsuit, Young should have the opportunity to learn about the information on which PETA has acted.

2. Young may serve PETA with his discovery by January 17, 2019.

3. By February 27, 2018, PETA must respond to Young's discovery requests.

4. After Young digests PETA's answers to his discovery requests, PETA may tell the court what it thinks it should do in response.

Signed on January 15, 2019, at Houston, Texas.

                                            Lynn N. Hughes
                                 United States District Judge