| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

People for the Ethical Treatment of Animals, Inc., §
§
§
  Plaintiff, §
§
versus § Civil Action H-18-1547
§
Michael K. Young, §
§
  Defendant. §

## Order to Report

By March 15, 2019, the parties must jointly report the status of the case.

Signed on March _5_, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge