IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., § § § Plaintiff, § § v. § § § CASE NO. 4:18-cv-1547 MICHAEL K. YOUNG, IN HIS OFFICIAL § CAPACITY AS PRESIDENT OF TEXAS § A&M UNIVERSITY, § § § Defendants. § | |

## NOTICE OF APPEARANCE

Michael K. Young, in his Official Capacity as President of Texas A&M University, Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> María Amelia Calaf
> Texas State Bar No. 24081915
> mac@wittliffcutter.com
> **WITTLIFF | CUTTER, PLLC**
> 1803 West Avenue
> Austin, Texas 78701
> T: (512) 960-4865
> F: (512) 960-4869

Dated: March 14, 2019

Respectfully submitted,

/s/ María Amelia Calaf
W. Reid Wittliff
Texas State Bar No. 00791951
reid@wittliffcutter.com
María Amelia Calaf
Texas State Bar No. 24081915
mac@wittliffcutter.com
**WITTLIFF | CUTTER, PLLC**

1

1803 West Avenue  
Austin, Texas 78701  
T: (512) 960-4865  
F: (512) 960-4869

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing service upon all counsel of record

/s/ María Amelia Calaf  
María Amelia Calaf