UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL K. YOUNG, in his official capacity as President of Texas A&M University, <br><br> Defendant. | Civil Action No. 4:18-cv-01547 |

**JOINT STATUS REPORT**

Pursuant to the court's March 5, 2019 order, the parties hereby jointly report on the status of this matter:

1. On February 27, 2019, Plaintiff People for the Ethical Treatment of Animals, Inc. ("PETA") served its responses to the defendant Texas A&M's (TAMU) discovery. PETA has produced responsive documents on a rolling basis. On March 5, 2019, PETA produced the first set of documents responsive to TAMU's requests for production. On March 6, 2019, PETA produced the second set of documents responsive to TAMU's requests for production. On March 13, 2019, PETA produced the third set of records responsive to TAMU's requests for production. PETA produced the fourth and final set of records on March 15, 2019. Defendant's review of those documents is ongoing. TAMU requests additional time to review Plaintiff's discovery responses and production, and to resolve any issues with PETA concerning deficiencies in Plaintiff's production.

2. The parties have discussed and continue to consider the possibility of mediation.

3. PETA is prepared to move for summary judgment and intends, barring the court's objection, to file such a motion soon. PETA believes that the material issues of fact have been established or admitted to, and that cross-motions for summary judgment are the best way of bringing this case to resolution. In so stating this preference, PETA does not waive its right to conduct discovery should that process continue. TAMU disagrees with PETA's position that this case is ripe for summary judgment.  Given the status of discovery, TAMU believes that a motion for summary judgment would be premature and is likely to oppose any such motion on that basis.

Dated: March 15, 2019

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief – General Litigation Division

Eric Alan Hudson
Attorney-in-Charge
Texas State Bar No. 24059977
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120  Fax: (512) 320-0667
eric.hudson@oag.texas.gov

*/s/ María Amelia Calaf*
W. Reid Wittliff
Texas State Bar No. 00791951
reid@wittliffcutter.com
María Amelia Calaf
Texas State Bar No. 24081915

mac@wittliffcutter.com
**WITTLIFF | CUTTER, PLLC**
1803 West Avenue
Austin, Texas 78701
T: (512) 960-4865
F: (512) 960-4869

**ATTORNEYS FOR DEFENDANT**


*/s/ David Greene*
David Greene*
California Bar No. 160107
davidg@eff.org
*Attorney-in-Charge for Plaintiff*
Adam Schwartz*
California Bar No. 309491
adam@eff.org
Camille Fischer*
Maryland Bar No. 201612130192
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
415.436.9333 telephone
415.436.9993 facsimile
cfischer@eff.org

Gabriel Walters*
District of Columbia Bar No. 1019272
PETA Foundation
1536 16th Street NW
Washington, DC 20036
202.483.7382 telephone
gabew@petaf.org

Christopher W. Rothfelder
Texas State Bar No. 2408470
Southern District I.D. 2449594
Rothfelder & Falick, L.L.P.
1201 Louisiana St., Suite 550
Houston, TX 77002
713.220.2288 telephone
crothfelder@rothfelderfalick.com


*Admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFF**
**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a true and correct copy of the foregoing was served via the Court's electronic filing service upon all counsel of record

<em>/s/ María Amelia Calaf</em><br>
María Amelia Calaf