United States District Court  §  Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

| People for the Ethical Treatment of Animals, Inc., | § § § |  |
|---|---|---|
| Plaintiff, | § § |  |
| versus | § § | Civil Action H-18-1547 |
| Michael K. Young, | § § § |  |
| Defendant. | § |  |

## Order to Report

By April 12, 2019, the parties must jointly report the status of the case.

Signed on March 18, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge