**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,
              *Plaintiff*,

v.

MICHAEL K. YOUNG, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF TEXAS
A&M UNIVERSITY,
              *Defendant.*

No. 4:18-CV-01547

**JOINT STATUS REPORT AND**
**MOTION TO STAY DEADLINES**

The Parties continue to confer, and the discussions designed to resolve this litigation have progressed. The Parties now present the following update and request to the Court:

**1.**      Plaintiff filed its *Motion for Summary Judgment* on March 28, 2019. The current amended deadline for Defendant to respond is May 17, 2019.

**2.**      The Parties have met and conferred via telephone and electronic mail regarding upcoming deadlines for responding to Plaintiff's *Motion for Summary Judgment* (Dkt. No. 50) and the likelihood of resolving this matter through mediation. While discussions are on-going, the Parties are making progress.

**3.**      Considering the Parties' continuing interest in resolving this case, the Parties respectfully request an additional 14-day extension of the current stay and *Motion*

*for Summary Judgment* response deadline, from May 17, 2019, up to and including May 31, 2019.

**4.**     This Court should grant the requested stay and the extension request. This Court, like every federal court, has inherent authority to control its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (referring to the power to stay proceedings as incident to inherent powers of federal courts); *see also In re Stone*, 986 F.3d 898, 902 (5th Cir. 1993) (concluding that federal courts have inherent authority "to protect the efficient and orderly administration of justice and those necessary to command respect for the court's orders, judgments, procedures, and authority."). Considering that settlement would resolve this dispute without need for further court intervention, the Parties agree that staying these proceedings and amending the deadlines as indicated above will save scarce judicial resource from being wasted.

CONCLUSION

This Court should grant the Parties' joint request for a continued stay of proceedings, so that they may continue discussions aimed at resolving this case without further court intervention.

     **Dated:** May 14, 2019.

**Respectfully submitted,**

_/s/David Greene_   _(with permission)_
DAVID GREENE*
ADAM SCHWARTZ
CAMILLE FISCHER
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9333 facsimile
davidg@eff.org

GABRIEL WALTERS*
PETA Foundation
1536 16th Street NW
Washington, DC 20036
Telephone: (202) 483-7382
gabew@petaf.org

CHRISTOPHER W. ROTHFELDER
Rothfelder & Falick, L.L.P.
1201 Louisiana St., Suite 550
Houston, TX 77002
Telephone: (713) 220-2288
crothfelder@rothfelderfalick.com

*Admitted _pro hac vice_

**ATTORNEYS FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil
Litigation

SHANNA E. MOLINARE
Assistant Attorney General
Chief, Law Enforcement Defense
Division

_/s/  Eric A. Hudson_
ERIC A. HUDSON
Attorney-in-Charge
State Bar No. 24059977
Southern District ID No. 1000759

MICHAEL R. ABRAMS
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
eric.hudson@oag.texas.gov
michael.abrams@oag.texas.gov

W. REID WITTLIFF
MARIA AMELIA CALAF
Wittliff Cutter, PLLC
1803 West Avenue
Austin, Texas 78701
Telephone: (512)960-4865
Facsimile: (512) 960-4869
reid@wittliffcutter.com
mac@wittliffcutter.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of May, 2019, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/Eric A. Hudson
ERIC A. HUDSON
Assistant Attorney General

4