IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br> *Plaintiff*, <br><br> v. <br><br> MICHAEL K. YOUNG, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY, <br> *Defendant.* | No. 4:18-CV-01547 |

## JOINT STATUS REPORT AND
## MOTION TO STAY DEADLINES

The Parties continue to confer, and the discussions designed to resolve this litigation have progressed. The Parties now present the following update and request to the Court:

**1.** Plaintiff filed its *Motion for Summary Judgment* on March 28, 2019. The current amended deadline for Defendant to respond is June 17, 2019.

**2.** The Parties have met and conferred via telephone and electronic mail regarding upcoming deadlines for responding to Plaintiff's *Motion for Summary Judgment* (Dkt. No. 50) and the likelihood of resolving this matter through mediation. While discussions are on-going, the Parties continue to make progress. The parties held a telephone conference on June 12, 2019, related to ongoing settlement negotiations, and based on this call, and the process made to-date, the parties believe an additional stay of

the response deadline would be productive to the settlement discussions.

3. Considering the Parties' continuing interest in resolving this case, the Parties respectfully request an additional 14-day extension of the current stay and *Motion for Summary Judgment* response deadline, from June 17, 2019, up to and including July 1, 2019.

4. This Court should grant the requested stay and the extension request. This Court, like every federal court, has inherent authority to control its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (referring to the power to stay proceedings as incident to inherent powers of federal courts); *see also In re Stone*, 986 F.3d 898, 902 (5th Cir. 1993) (concluding that federal courts have inherent authority "to protect the efficient and orderly administration of justice and those necessary to command respect for the court's orders, judgments, procedures, and authority."). Considering that settlement would resolve this dispute without need for further court intervention, the Parties agree that staying these proceedings and amending the deadlines as indicated above will save scarce judicial resource from being wasted.

## CONCLUSION

This Court should grant the Parties' joint request for a continued stay of proceedings, so that they may finalize discussions aimed at resolving this case without further court intervention.

**Dated:** June 13, 2019.

|  |  |
|---|---|
|  | **Respectfully submitted,** |
| /s/ Adam Schwartz (with permission) | KEN PAXTON |
| DAVID GREENE* | Attorney General of Texas |
| ADAM SCHWARTZ |  |
| CAMILLE FISCHER | JEFFREY C. MATEER |
| Electronic Frontier Foundation | First Assistant Attorney General |
| 815 Eddy Street |  |
| San Francisco, CA 94109 | DARREN L. MCCARTY |
| Telephone: (415) 436-9333 | Deputy Attorney General for Civil |
| Facsimile: (415) 436-9333 facsimile | Litigation |
| davidg@eff.org |  |
|  | SHANNA E. MOLINARE |
| GABRIEL WALTERS* | Assistant Attorney General |
| PETA Foundation | Chief, Law Enforcement Defense |
| 1536 16th Street NW | Division |
| Washington, DC 20036 |  |
| Telephone: (202) 483-7382 | /s/ Eric A. Hudson |
| gabew@petaf.org | ERIC A. HUDSON |
|  | Attorney-in-Charge |
| CHRISTOPHER W. ROTHFELDER | State Bar No. 24059977 |
| Rothfelder & Falick, L.L.P. | Southern District ID No. 1000759 |
| 1201 Louisiana St., Suite 550 |  |
| Houston, TX 77002 | MICHAEL R. ABRAMS |
| Telephone: (713) 220-2288 | Assistant Attorneys General |
| crothfelder@rothfelderfalick.com | Office of the Attorney General |
|  | P.O. Box 12548, Capitol Station |
| *Admitted *pro hac vice* | Austin, Texas 78711-2548 |
|  | Telephone: (512) 463-2120 |
| **ATTORNEYS FOR PLAINTIFF** | Facsimile: (512) 320-0667 |
|  | eric.hudson@oag.texas.gov |
|  | michael.abrams@oag.texas.gov |

        W. REID WITTLIFF
        MARIA AMELIA CALAF
        Wittliff Cutter, PLLC
        1803 West Avenue
        Austin, Texas 78701
        Telephone: (512)960-4865
        Facsimile: (512) 960-4869
        reid@wittliffcutter.com
        mac@wittliffcutter.com

        **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 13th day of June, 2019, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, causing electronic service upon all counsel of record.

        */s/Eric A. Hudson*
        ERIC A. HUDSON
        Assistant Attorney General