IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br> *Plaintiff*, <br><br> v. <br><br> MICHAEL K. YOUNG, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY, <br> *Defendant*. | No. 4:18-CV-01547 |

## JOINT STATUS REPORT AND
## MOTION TO EXTEND STAY OF PROCEEDINGS

**To the Honorable United States District Court Judge Lynn Hughes—**

The Parties reported to this Court on October 11, 2019, that they had an agreement in principle to resolve the instant litigation and requested a stay of the proceedings so the Parties could negotiate a final settlement agreement. Dkt. No. 67. The Court issued a stay of the proceedings through October 28, 2019. Dkt. No. 68. The Court also set a pre-trial conference for November 4, 2019 at 10:30 a.m.

The Parties file this Joint Status Report to provide a thorough update on the status of negotiations. The Parties have agreed on all substantive issues in this litigation and on the language that will be included in the settlement agreement. The only item that remains to be resolved is the amount that will be paid to Plaintiff as a settlement sum for attorney's fees and expenses in this matter. As to that issue, Defendant represents that the University will be able to update Plaintiff and the Court by no later than Friday, November 1, 2019, as to whether the Parties have reached an agreement.

1

Because the Parties are on the precipice of resolving this final issue, the Parties respectfully request that the Court postpone the pre-trial conference for two (2) weeks, so that the Parties can finalize this last remaining issue. The Parties also request that, in the interest of preserving costs and conserving judicial resources, Defendant's deadline to respond to Plaintiff's motion for summary judgment be extended to November 18, 2019.

This Court should grant the requested stay and the extension request. This Court, like every federal court, has inherent authority to control its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (referring to the power to stay proceedings as incident to inherent powers of federal courts); *see also In re Stone*, 986 F.3d 898, 902 (5th Cir. 1993) (concluding that federal courts have inherent authority "to protect the efficient and orderly administration of justice and those necessary to command respect for the court's orders, judgments, procedures, and authority."). Considering that settlement would resolve this dispute without need for further court intervention, and further considering that the Parties have been working diligently to finalize a settlement and are only one last issue away from doing so, the Parties agree that staying these proceedings, postponing the pre-trial conference, and amending the deadlines as indicated above will save scarce judicial resource from being wasted.

## Conclusion

This Court should grant the Parties' joint request for an extension of the stay of proceedings so that they may finalize their agreement resolving this case without further court intervention. The Court should also postpone the pre-trial conference scheduled for November 4, 2019.

**Dated:** October 28, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ David Greene (with permission)* | */s/ Eric A. Hudson* |
| DAVID GREENE* | ERIC A. HUDSON |
| ADAM SCHWARTZ | Attorney-in-Charge |
| CAMILLE FISCHER | MICHAEL R. ABRAMS |
| Electronic Frontier Foundation | Assistant Attorneys General |
| 815 Eddy Street | Office of the Attorney General |
| San Francisco, CA 94109 | P.O. Box 12548, Capitol Station |
| Telephone: (415) 436-9333 | Austin, Texas 78711-2548 |
| Facsimile: (415) 436-9333 facsimile | Telephone: (512) 463-2120 |
| davidg@eff.org | Facsimile: (512) 320-0667 |
| | eric.hudson@oag.texas.gov |
| | michael.abrams@oag.texas.gov |
| GABRIEL WALTERS* | |
| PETA Foundation | W. REID WITTLIFF |
| 1536 16th Street NW | MARIA AMELIA CALAF |
| Washington, DC 20036 | Wittliff Cutter, PLLC |
| Telephone: (202) 483-7382 | 1803 West Avenue |
| gabew@petaf.org | Austin, Texas 78701 |
| | Telephone: (512)960-4865 |
| CHRISTOPHER W. ROTHFELDER | Facsimile: (512) 960-4869 |
| Rothfelder & Falick, L.L.P. | reid@wittliffcutter.com |
| 1201 Louisiana St., Suite 550 | mac@wittliffcutter.com |
| Houston, TX 77002 | |
| Telephone: (713) 220-2288 | **ATTORNEYS FOR DEFENDANT** |
| crothfelder@rothfelderfalick.com | |

*Admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of October, 2019, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/Eric A. Hudson
ERIC A. HUDSON
Assistant Attorney General