**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,** *Plaintiff,* <br><br> **v.** <br><br> **MICHAEL K. YOUNG, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY,** *Defendant.* | No. 4:18-CV-01547 |

**JOINT NOTICE OF SETTLEMENT AND**
**MOTION FOR ADMINISTRATIVE CLOSURE**

**To the Honorable United States District Court Judge Lynn Hughes—**

On November 1, 2019, Defendant President Michael K. Young, in his official capacity as President of Texas A&M University ("TAMU"), filed an advisory notifying the Court that the Parties have successfully concluded their informal mediation. Dkt. No. 72. The parties now file this notice of settlement with the Court seeking a 90-day administrative closure of this case.

The Parties have reached an agreement on all terms, including fees. Before this matter can be fully and finally dismissed, however, the Parties' agreement must be reduced into a formal settlement agreement; all Parties must sign the settlement agreement; and the settlement agreement must receive the approval of the Office of the Attorney General of Texas. To ensure sufficient time for these steps, the Parties respectfully request that the Court administratively close this matter for a period of ninety (90) days so that the Parties can finalize their agreement. Once all approvals have been obtained and the agreed upon fees have been paid, the Parties will file a joint notice of dismissal with prejudice.

## CONCLUSION

The Parties request that the Court cancel the pre-trial conference scheduled for November 18, 2019, and administratively close this case for a period of ninety (90) days so that the Parties can finalize their settlement agreement.

**Dated:** November 5, 2019.

Respectfully submitted,

*/s/ David Greene (with permission)*
DAVID GREENE*
ADAM SCHWARTZ
CAMILLE FISCHER
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9333 facsimile
davidg@eff.org

GABRIEL WALTERS*
PETA Foundation
1536 16th Street NW
Washington, DC 20036
Telephone: (202) 483-7382
gabew@petaf.org

CHRISTOPHER W. ROTHFELDER
Rothfelder & Falick, L.L.P.
1201 Louisiana St., Suite 550
Houston, TX 77002
Telephone: (713) 220-2288
crothfelder@rothfelderfalick.com

*Admitted *pro hac vice*

**ATTORNEYS FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil
Litigation

SHANNA E. MOLINARE
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/  Eric A. Hudson*
ERIC A. HUDSON
Attorney-in-Charge
MICHAEL R. ABRAMS
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
eric.hudson@oag.texas.gov
michael.abrams@oag.texas.gov

W. REID WITTLIFF
MARIA AMELIA CALAF
Wittliff Cutter, PLLC
1803 West Avenue
Austin, Texas 78701
Telephone: (512)960-4865
Facsimile: (512) 960-4869
reid@wittliffcutter.com
mac@wittliffcutter.com

**ATTORNEYS FOR DEFENDANT**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of November, 2019, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Eric A. Hudson*
ERIC A. HUDSON
Assistant Attorney General