UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

People for the Ethical Treatment of Animals, Inc., §§§§§

    Plaintiff,

versus  §§§  Civil Action H-18-1547

Michael K. Young, §§§§

    Defendant.

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (73)

2. By February 3, 2020, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

4. The November 18, 2019, conference is cancelled.

Signed on November 7, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge