Case 4:18-cv-01547 Document 78 Filed on 04/16/20 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ELUSIVE WILDLIFE** | § | |
| **TECHNOLOGIES, LP** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:19-CV-1547 |
| | § | |
| **ALLPREDATORCALLS.COM, INC.,** | § | |
| **and ANDREW PAUL JONES,** | § | |
|     Defendants. | § | |

**STIPULATION AND AGREED ORDER**

On this 15th day of April 2020, Plaintiff, Elusive Wildlife Technologies, LP, and Defendants, Allpredatorcalls.com, Inc. and Andrew Paul Jones (collectively the "Parties"), file this Stipulation and Agreed Order and agree as follows.

The Court entered a Stipulation and Agreed Order on December 13, 2019 tolling all dates and/or deadlines as stated by the Scheduling Order governing this lawsuit for 60 days to allow time to resolve the claims between the parties through settlement. The Parties reached an agreement in principle and requested a 30-day extension of the tolling order, which was granted by this Court on February 12, 2020. The Parties agreed to another 30-day extension on March 13, 2020 to allow additional time to finalize the agreement which was also granted by the Court on March 16, 2020. Due to the unforeseen circumstances related to the Covid-19 pandemic, the parties have not yet finalized the agreement at the time of the most recent 30-day tolling expiration.

The Parties continue to finalize the details of the settlement agreement and desire an additional 30-day tolling of all dates and/or deadlines to allow time to finish a settlement agreement.

Therefore, it is ORDERED that all deadlines pursuant to the Scheduling Order are hereby tolled for a period of 30 days from this date of filing this Stipulation and Agreed Order.

Signed this 16th day of April, 2020.

_____
PRESIDING JUDGE

**AGREED AND STIPULATED:**

By: */s/ Stacey L. Barnes*
Stacey L. Barnes
SBN: 24006800
sbarnes@kmd.law
Bradley A. Nevills
SDTX: 1852126
bnevills@kmd.law
Jamison B. Walters
SDTX: 3098621
Kearney, McWilliams & Davis, PLLC
55 Waugh Dr., #150
Houston, Texas 77007
Tel: (713) 936-9620
Fax: (832) 413-5405

ATTORNEYS FOR PLAINTIFF


By:  */s/ Robert D. Spendlove*
Robert D. Spendlove Lead Counsel (pro hac vice)
Utah State Bar No. 15924
Email: spendlove@gbsip.com
Robert A. Gurr (pro hac vice)
Utah State Bar No. 13722
Email: rob@gbsip.com
Jared Brande
Utah State Bar No. 11514
jared@gbsip.com
(435) 767-7808
*Counsel for Defendants*
*ALLPREDATORCALLS.COM, Inc. and*
*Andrew Paul Jones*

Of Counsel:
Gurr Brande & Spendlove, PLLC
491 East Riverside Drive, Suite 4B

2

Saint George, Utah 84770

 */s/ Mark R. Zeidman*
Mark R. Zeidman
Texas State Bar No. 22255900
Federal Bar No. 2127
J. Beverly
Texas State Bar No. 02277280
Federal Bar No. 14058
9 Greenway Plaza, Suite 500
Houston, Texas 77046
713.403.4200
713.403.4201 fax
mzeidman@fbfk.law
jb@fbfk.law

Of counsel:
Ferguson Braswell Fraser Kubasta PC
9 Greenway Plaza, Suite 500
Houston, Texas 77046
713.403.4200
713.403.4201 fax